## VERIFICATION

I, LARRY SHEMEN, declare that I have reviewed the Verified Shareholder Derivative Complaint ("Complaint") prepared on behalf of K12 Inc. and authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of K12 Inc. common stock as set forth in the Complaint.

Dated: December 7, 2020

LARRY SHEMEN